**Order filed March 19, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00163-CV
_____

**HUMBERTO LENIEK, Appellant**

**V.**

**EVOLUTION WELL SERVICES, LLC, AND EVOLUTION WELL SERVICES OPERATING LLC, Appellees**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-33380**

## O R D E R

The clerk's record was filed March 11, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order awarding attorney's fees, signed February 6, 2019.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before April 3, 2019, containing the trial court's order awarding attorney's fees, signed February 6, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM